# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

LOIS WHITE

    Plaintiff,

v.

TINLEY PARK CONVENTION CENTER HOTEL OWNER, LLC., a Delaware limited liability company,

    Defendant.

Case No. 1:24−cv−04004

Honorable Jeremy C. Daniel

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff, LOIS WHITE, and Defendant, TINLEY PARK CONVENTION CENTER HOTEL OWNER, LLC., hereby stipulate and agree to the voluntary dismissal of this matter, including any and all pending claims in this matter, without prejudice and leave to reinstate via motion filed within thirty (30) days.

Respectfully submitted,

*Attorney for Plaintiff Lois White*

*/s/ Angela C. Spears*
Angela Spears
CASS LAW GROUP, P.C.
20015 S. LaGrange Rd., #1098
Frankfort, IL 60423
Ph: (872) 329-4844
aspears@casslawgroup.com

*Attorney for Defendant Tinley Park Convention Center Hotel Owner, LLC.*

*/s/ Michael R. Riss*
Michael R. Riss
O'HAGEN MEYER
1 E. Wacker Dr., Suite 3400
Chicago, IL 60601
Ph: (312) 422-6100
mriss@ohaganmeyer.com

Dated: September 11, 2024