# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Lois White

                                           Plaintiff,

v.                                                   Case No.: 1:24–cv–04004

                                                                          Honorable Jeremy C. Daniel

Tinley Park Convention Center Hotel Owner, LLC

                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 12, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel: Case called for status. The parties did not appear before the court. In light of the Stipulation filed on 9/11/2024 [12], this case is dismissed without prejudice with leave to reinstate on or before 10/15/2024. Absent any motion filed on or before 10/15/2024, this dismissal will convert to one with prejudice on 10/16/2024. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.